UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-23188-CIV-MORENO

CLARK S. CHENEY and JAMES C. CALKINS,

    Plaintiffs,

vs.

IPD ANALYTICS, LLC, INTELLECTUAL PROPERTY DEVELOPMENT, INC., and HOWARD BENJAMIN KRASS,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION TO DISMISS IPD ANALYTICS' COUNTERCLAIMS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiffs' Motion to Dismiss IPD Analytics' Counterclaims (**D.E. No. 62**), filed on **February 17, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 101**) on **April 16, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation were filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 101**) on **April 16, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     Plaintiffs' Motion to Dismiss Counts I and II of the Counterclaim is DENIED;

(2)     Plaintiffs' Motion to Dismiss Counts III is GRANTED and DISMISSED without prejudice;

(3)     Plaintiffs' Motion to Dismiss Count IV is GRANTED and DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record