

# Fox Rothschild LLP
## ATTORNEYS AT LAW

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP

Esperante Building  222 Lakeview Avenue, Suite 700  West Palm Beach, FL 33401
Tel 561.835.9600  Fax 561.835.9602  www.foxrothschild.com

TAX I.D. NO. 4723

CLARK S. CHENEY
517 F STREET N.E.
WASHINGTON, DC 20002

| | |
|---|---|
| Invoice Number | 1096376 |
| Invoice Date | 02/11/09 |
| Client Number | 55152 |
| Matter Number | 00001 |

RE: CHENEY V. IPD ANALYTICS, LLC

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/09:

COSTS ADVANCED AND EXPENSES INCURRED:

WESTLAW, RESEARCH                    208.72

| | |
|---|---|
| CURRENT EXPENSES | $208.72 |
| TOTAL AMOUNT OF THIS INVOICE | $208.72 |
| PRIOR BALANCE DUE | 175.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $383.72 |

EXHIBIT "B"

SMITH000279