UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-23188-CIV-MORENO

CLARK S. CHENEY and JAMES C. CALKINS,

    Plaintiffs,

vs.

IPD ANALYTICS, LLC, INTELLECTUAL PROPERTY DEVELOPMENT, INC., and HOWARD BENJAMIN KRASS,

    Defendants.

_____

## ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff James C. Calkins's Motion for Summary Judgment on Count XIV of the Second Amended Complaint and Counts III-IV of the Counterclaim (**D.E. No. 114**), filed on **May 5, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 243**) on **August 28, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 243**) on **August 28, 2009** is **AFFIRMED IN PART** and **ADOPTED IN PART**. It is

**ADJUDGED** that:

(1) Plaintiff's Motion for Summary Judgment on Count XIV of the Amended Complaint

is DENIED;

(2) The Court DEFERS its ruling on Plaintiff's Motion for Summary Judgment on Count III of the Amended Counterclaim;

(3) Plaintiff's Motion for Summary Judgment on Count V of the Amended Counterclaim is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of November, 2009.

                                            FEDERICO A. MORENO
                                            CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record