UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-23188-CIV-MORENO**

CLARK S. CHENEY and JAMES C. CALKINS,

    Plaintiffs,

vs.

IPD ANALYTICS, LLC, INTELLECTUAL PROPERTY DEVELOPMENT, INC., and HOWARD BENJAMIN KRASS,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiffs' Motion for Summary Judgment in Plaintiffs' Favor on Amended Counterclaim Count IV (Florida Uniform Trade Secrets Act) **(D.E. No. 273)**, filed on **September 19, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 321)** on **November 25, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 321)** on **November 25, 20009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiffs' Motion for Summary Judgment on Count IV of the Amended Counterclaim is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2009.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record